AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCELO NUNEZ-VELA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1476-L

I, MARCELO NUNEZ-VELA, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-8-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Marcelo Nunez Vela
Defendant

Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

MAY - 8 [illegible]
MB