```
                                                    FILED
                                                   OCT 0 7 2008
                                              CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA
                                           BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Gordon Thompson Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCELO NUNEZ-VELA, <br><br> Defendant. | Case No. 08CR01476-001-GT <br><br> ORDER TO CONTINUE HEARING <br><br> New Date: October 20, 2008 <br> New Time: 9:00 a.m. |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the hearing to accept the plea and sentencing on the above captioned case currently set for October 7, 2008 at 9:00 a.m. be continued to **October 20, 2008 at 9:00 a.m.** The Defendant, MARCELO NUNEZ-VELA **is in custody**, and this time will be excluded under the Speedy Trial Act.

SO ORDERED.

Dated: 10-6-08

_____
GORDON THOMPSON JR.
District Court Judge